**Clayton C. Harbeck, Sheriff of LaSalle County, and Walter W. Halm, Trading as Halm Motor Service, Appellees, v. Harry A. Lyon, Appellant.**

Gen. No. 10,069.

opinion filed November 4, 1946; released for publication December 10, 1946. Linwood Connellee and John H. Armstrong, for appellant; Van Peursem & McNeilly, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.